_____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**　　　Evidentiary Hrg: Y N
                                                      Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 10/04/2021 Time: 02:00

**CASE: 20-12752 Kimberlyn Baker-Obiekwe**

Ronald L. Schwartz representing Kimberlyn Baker-Obiekwe (Debtor)

\_\_\_T. Branigan\_\_\_\_K. Moulding
　　　representing Timothy P. Branigan (Trustee)

[107] Motion for Relief from Stay and Notice of Motion
as to Debtor and Co-Debtor Charles Obiekwe Re: 4526
Powder Mill Road Beltsville MD 20705. Fee Amount
$188. Notice Served on 8/24/2021, Filed by
Rushmore Loan Management Services, LLC (CG&D). Objections
due by 09/7/2021. with three additional calendar
days allowed if all parties are not served electronically.
Hearing scheduled for 10/04/2021 at 02:00 PM -
Courtroom 3-D. (Attachments: #s5 Payment History)

**MOVANT** : Rushmore Loan Management Services, LLC (CG&D) BY ✓R Rogers

[110] Opposition on behalf of Kimberlyn Baker-Obiekwe
Filed by Ronald L. Schwartz (related document(s)
107 Relief from Stay and Notice of Motion filed
by Creditor Rushmore Loan Management Services, LLC
(CG&D)).

**MOVANT** : Kimberlyn Baker-Obiekwe BY R Schwartz

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$\_\_\_\_Mos.\_\_\_Converted to Ch\_\_\_\_

Denied without/with leave to amend by:_____Conf:_____

                                                                    Dismissed Continued to: \_\_

                                                                              Other

Matters: (List Paper No next to ruling)

      Granted_____**107**　　Sustained　　　　　　Denied \_\_\_\_
      Overruled \_\_\_　　　　　Withdrawn　　　　　Under　　　　Adv.
      Moot　　_____　　　　Consent　_____　Dismissed _____
      O.T.J. Fee　_____

DECISION:

```
[ ] Signed by Court              [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel         [ ] Court
    [ ] Respondent's counsel     [ ] Other      _____

    NOTES:D and counsel not present. Post petition default continues to
    grow no equity in the property.  Motion Granted.
```